■ In the Matter of MARCUS SYKES, Appellant, v CITY OF NEW YORK et al., Respondents. [29 NYS3d 797]—Judgment, Supreme Court, New York County (Frank P. Nervo, J.), entered March 17, 2015, denying the petition for leave to amend the notice of claim, and dismissing the proceeding unanimously reversed, on the law, the facts and the exercise of discretion, without costs, and the petition granted. Appeal from order, same court and Justice, entered on or about August 7, 2015, which denied petitioner's motion for leave to "reargue," unanimously dismissed, without costs, as academic.

The notice of claim gave respondents notice of the incident giving rise to the claim and identified witnesses as well as the location. Concur—Friedman, J.P., Acosta, Moskowitz, Kapnick and Gesmer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN GONZALEZ, Appellant. [29 NYS3d 798]—Judgment, Supreme Court, New York County (Charles H. Solomon, J.), rendered on or about December 13, 2013, unanimously affirmed.

Application by defendant's counsel to withdraw as counsel is granted (see Anders v California, 386 US 738 [1967]; People v Saunders, 52 AD2d 833 [1st Dept 1976]). We have reviewed this record and agree with defendant's assigned counsel that there are no non frivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant may apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Friedman, J.P., Acosta, Moskowitz, Kapnick and Gesmer, JJ.